UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE KIRKLAND,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

Case No.   12-11028

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on September 07, 2012 judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED WITHOUT PREJUDICE.

DAVID WEAVER

Dated: September 7, 2012

By: s/Julie Owens
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 7, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160